UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| MID-AMERICA FOUNDATION SUPPLY INC. d/b/a/ POSEIDON BARGE, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) CAUSE NO.: 1:12-CV-328-TLS ) |
| KONGA MARINE LOGISTICS, LLC, et al. | ) ) ) |
| Defendants. | ) ) |
| v. | ) ) |
| ABYSS MARITIME, INC., et al. | ) ) |
| Third-Party Defendants. | ) |

## OPINION AND ORDER

The Plaintiff, Mid-America Foundation Supply, Inc., filed suit against Konga Marine Logistics, LLC ("Konga"), Al Malins Insurance Inc., and Chuck Hahn. Konga then filed an Amended Answer and Third Party Complaint [ECF No. 22] against Third Party Defendants Abyss Maritime, Inc. ("Abyss"), Atlantic Specialty Insurance ("Atlantic"), and Certain Underwriters at Lloyd's London ("Lloyd's"). Konga's Amended Answer also contained cross-claims against Al Malins Insurance Inc. and Chuck Hahn. On September 17, 2014, the Court issued an Opinion and Order [ECF No. 133] granting a request to dismiss the claims in Konga's Third Party Complaint against Abyss with prejudice.

This matter is before the Court on a Joint Stipulation of Dismissal [ECF No. 138], filed on January 2, 2015. The parties stipulate and agree that all claims by the Plaintiff against the

Defendants, as well as Konga's cross-claims against Al Malins Insurance Inc. and Chuck Hahn, can be dismissed with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(2).

The Court GRANTS the request [ECF No. 138] and DISMISSES WITH PREJUDICE the Plaintiff's claims against the Defendants, as well as Konga's cross-claims against Al Malins Insurance Inc. and Chuck Hahn. Konga's Third Party Complaint against Atlantic and Llloyd's remains pending.

SO ORDERED on January 5, 2015.

                                                s/ Theresa L. Springmann
                                                THERESA L. SPRINGMANN
                                                UNITED STATES DISTRICT COURT